**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

UNITED STATES OF AMERICA

v.                                                                   CRIMINAL NO.  2:10cr56--003

ABDI WALI DIRE,

       Defendant.

**NOTICE OF APPEAL**

     As required by Rule 4 (b) Federal Rules of Appellate Procedure, defendant, Abdi Wali Dire, hereby gives notice of appeal from the judgment of the Court, entered March 14, 2011.

                                                                         /s/_____
                                                                         David W. Bouchard
                                                                         VSB #17217
                                                                         Attorney for Abdi Wali Dire
                                                                         David W. Bouchard, P.C.
                                                                         3802 Poplar Hill Road, Suite A
                                                                         Chesapeake, VA 23321
                                                                         Telephone   757-484-8388
                                                                         Facsimile    757-484-0749
                                                                         Email:  dblaw10@gmail.com

David W. Bouchard
Virginia State Bar No. 17217
3802 Poplar Hill Road, Suite A
Chesapeake, Virginia 23321
Telephone:  757-484-8388
Telefax:        757-484-0749
email:  dblaw10@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of March, 2011, I electronically filed the foregoing with the Clerk of Court using the Cm/ECF system, which will send a notification of such filing (NEF) to the following:

Joseph E. DePadilla, Assistant U. S. Attorney
101 W. Main Street, Suite 8000
Norfolk, VA  23510

Benjamin L. Hatch, Assistant U. S. Attorney
600 E. Main Street, 18th Floor
Richmond, Virginia 23219

John S. Davis, Assistant U. S. Attorney
600 E. Main Street, Suite 1800
Richmond, Virginia

Jerome Teresinski, Assistant U. S. Attorney
10th & Constitution Avenue, NW
Washington, D. C 20530

William J. Holmes, Esquire
6064 Indian River Road, Suite 203
Virginia Beach, Virginia 23464

James E. Short, Esquire
652 Independence Parkway, Suite 120
Chesapeake, Virginia 23320

James R. Theuer, Esquire
555 E. Main Street, Suite 1410
Norfolk, Virginia 23510

Jon M. Babineau, Esquire
109 East Main Street, Suite 413
Norfolk, Virginia 23510-1717

_____/s/_____
David W. Bouchard
VSB #17217
Attorney for
David W. Bouchard, P.C.
3802 Poplar Hill Road, Suite A
Chesapeake, VA 23321
Telephone   757-484-8388
Facsimile   757-484-0749
Email:  dblaw10@gmail.com