4cca-30    REV. 10/30/07         T R A N S M I T T A L   S H E E T
(Notice of Appellate Action)

|  |  |  |
|---|---|---|
| ✓ Notice of Filing<br>___ Cross Appeal<br>___ Interlocutory Appeal<br>___ Additional NOA<br>___ Amended NOA<br>___ Transmittal of Record<br>___ Transmittal of Certif.<br>___ Supplement to ROA<br>___ Supplemental Certif.<br>___ Other | UNITED STATES DISTRICT COURT<br>for the<br>Eastern DISTRICT OF Virginia<br>at Norfolk<br>Caption:<br><br>United States of America<br>v<br>Abdi Wali Dire | District Court No.:<br>2:10cr00056<br><br>4CCA No.:<br><br>Consolidated with No.:<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| 1. NOA filed: 03/16/11<br><br>2. Amended NOA filed: | 4. Fees<br>___ USA no fee required<br>$5 filing fee:    ___paid    ___unpaid<br>$450 docket fee:   ___paid    ___unpaid<br>Pauper status: ✓granted ___denied ___pending in dist.ct.<br>Does PLRA Apply? ___Yes ✓No   3-strikes? ___Yes ___No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
|---|---|
| 3. District Judge:<br>Mark S. Davis | 5. Materials Under Seal in District Court: ✓Yes ___No<br>   Party Names Under Seal in District Court: ___Yes ✓No |
| 6. Court Reporter(s)(list all):<br>Paul McManus, OCR<br><br>Coordinator:<br>Maria Hewitt | 7. Criminal/Prisoner Cases<br>___recalcitrant witness     Defendant's Address:<br>___on death row             Western Tidewater Regional Jail<br>✓in custody                2402 Godwin Boulevard<br>___on bond                  Suffolk, VA 23434<br>___on probation |

**Part II**    TRANSMITTAL OF RECORD/CERTIFICATE OF AVAILABILITY OF RECORD
☐ ORIGINAL RECORD    ☐ SUPPLEMENT TO RECORD

| USE FOR RECORDS IN ELECTRONIC FORM:<br><br>☐ **PRO SE**: Automatically transmit assembled electronic record to 4CCA in pro se cases. Does electronic record include all filings?<br>☐ YES  ✓ NO<br>If NO, list contents and transmittal method for supplement here (supplement must be transmitted): _____<br><br>✓ **COUNSELED**: Available for transmittal<br>In-court hearing(s) held? ___ YES   ✓ NO<br>All transcript on file?   ___ YES   ✓ NO<br>4CCA will request transmittal of record when needed in counseled cases. | USE FOR RECORDS IN PAPER FORM:<br><br>☐ **PRO SE**: Automatically transmit paper record to 4CCA in pro se cases.<br>List contents by volume number & number of boxes (pleadings, transcript, exhibits, state court records, sealed): _____<br><br><br>☐ **COUNSELED**: Available for transmittal<br>In-court hearing(s) held? ___ YES   ___ NO<br>All transcript on file?   ___ YES   ___ NO<br>4CCA will request transmittal of record when needed in counseled cases. |
|---|---|

Deputy Clerk: Lara Dabbene     Phone: 757-222-7214     Date: 03/21/11